IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA DE LA LUZ CASTANON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion to file under seal, filing 23.

IT IS ORDERED that the clerk is directed to docket defendant's motion (filing 24) as a **restricted access** document.

DATED this 19th day of December, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge