IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA DE LA LUZ CASTANON, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

During a conference call today, the Assistant United States Attorney requested a continuance in the sentencing hearing for one week, because he will be representing the government in another trial. Defense counsel expressed no objection to the continuance; therefore,

IT IS ORDERED that:

1. the oral motion, filing 42, is granted;

2. the sentencing hearing is continued to May 27, 2009, at 12;15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated May 18, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge