IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA DE LA LUZ CASTANON, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

Defense counsel has requested a continuance in the sentencing hearing and with no objection by the government,

IT IS ORDERED that:

1. the oral motion to continue sentencing hearing is granted;

2. the sentencing hearing is rescheduled to commence at 12:15 p.m. on June 16, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present at the hearing.

Dated May 28, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge