IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIA DE LA LUZ CASTANON, )<br>)<br>Defendant. )<br>) | 4:08CR3121<br><br>ORDER SCHEDULING SENTENCING<br>HEARING |

IT IS ORDERED that:

1. the sentencing hearing for the defendant, Maria De La Luz Castanon, is scheduled for July 8, 2009, at 9:30 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated June 26, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge