IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA DE LA LUZ CASTANON, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1.  the sentencing hearing for the defendant, Maria De La Luz Castanon, shall resume on Monday, July 13, 2009, at 3:00 p.m. in Courtroom No. 2, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

2.  the defendant shall be present for the hearing.

Dated July 9, 2009.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge