IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3121 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MARIA DE LA LUZ CASTANON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 57), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment, filing 1, and the Superseding Indictment, filing 12, against Maria De La Luz Castanon.

IT IS ORDERED that the Motion for Dismissal (filing 57) is granted and the Indictment, filing 1, and the Superseding Indictment, filing 12, are dismissed.

Dated this 15th day of July, 2009.

BY THE COURT:

s/ WARREN K. URBOM
United States Senior District Judge